UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INFORMATION** |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. § 111(a)(1) |
| | ) | 26mj56 JNE/DLM |
| v. | ) | |
| | ) | |
| CHRISTINA RANK, | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

**Count One**
(Assaulting, Resisting, or Impeding Certain Officers or Employees)

On or about January 12, 2026, in the State and District of Minnesota, the defendant,

**CHRISTINA RANK,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with person designated in 18 U.S.C. § 1114, to wit: an Immigration and Customs Enforcement employee, while such officer and employee was engaged in and on account of the performance of official duties, all in violation of Title 18, United States Code, Section 111(a)(1).

Dated: February 4, 2026            DANIEL N. ROSEN
                                   United States Attorney

                                   /s/   *Michael Hakes-Rodriguez*
                                   BY:  MICHAEL HAKES-RODRIGUEZ
                                   Special Assistant United States Attorney



SCANNED
FEB 04 2026
U.S. DISTRICT COURT MPLS